IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JUAN MIGUEL HOLLIS,

   Plaintiff,

    v.

MS. CYNTHIA NELSON
Georgia Dept. of Corrections Regional Director,

   Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-4044-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending dismissing the action for improper venue and lack of subject matter jurisdiction. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 8] is GRANTED. This action is DISMISSED.

SO ORDERED, this 16 day of December, 2016.

           /s/Thomas W. Thrash
           THOMAS W. THRASH, JR.
           United States District Judge

T:\ORDERS\15\Hollis\r&r.wpd